NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OFFICE AUTOMATION & TRAINING CONSULTANTS CORPORATION,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2012-1242

---

Appeal from the Armed Services Board of Contract Appeals in no. 56838, Administrative Judge Diana S. Dickinson.

---

**ON MOTION**

---

**O R D E R**

The Secretary of the Army moves without opposition for a 14-day extension of time, until July 2, 2012, to file its response brief, and for a 7-day extension of time, until July 26, 2012, for Office Automation & Training Consultants Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 15 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harold D. Lester, Jr., Esq.
      Daniel B. Abrahams, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2012

JAN HORBALY
CLERK